B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (12/15)

# UNITED STATES BANKRUPTCY COURT

District of  Idaho

In re  Ronald W. Jaques
       Debtor

Case No.  18-01092-TLM

*(Complete if issued in an adversary proceeding)*

Chapter  7

ELC Creditors
       Plaintiff

v.

Adv. Proc. No.  19-06001-TLM

Ronald W. Jaques
       Defendant

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)**

To:  Mountain America Credit Union, 7181 S. Campus View Drive, Salt Lake City, Utah 84101

*(Name of person to whom the subpoena is directed)*

[X] *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| PLACE | DATE AND TIME |
|---|---|
| ELC Legal Services, LLC<br>3142 W. Belltower Dr., Meridian Idaho 83646 | April 19, 2019 at 10:00 A.M. |

[ ] *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| PLACE | DATE AND TIME |
|---|---|
|  |  |

The following provisions of Fed. R. Civ. P. 45, made applicable in bankruptcy cases by Fed. R. Bankr. P. 9016, are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and 45(g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 3/15/2019

CLERK OF COURT

_____          OR          _____
*Signature of Clerk or Deputy Clerk*                         *Attorney's signature*

The name, address, email address, and telephone number of the attorney representing *(name of party)*
ELC Creditors                , who issues or requests this subpoena, are:

David M. Fogg, ELC Legal Services, LLC, 3142 W. Belltower Dr., Meridian, Idaho 83646. 208-813-9221 david@elclegal.com

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things, or the inspection of premises before trial, a notice and a copy of this subpoena must be served on each party before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## **EXHIBIT A**
(Description of Documents to be Produced)

1. All writings, computer disks, computer stored data, email, or electronically recorded or stored information in any form ("Documents") referring to or related to Debtor's Accounts, including but not limited to, bank statements, loan documents, applications, records, signature cards, deposit slips and copies of checks deposited from January 1, 2015 to the present, for all financial accounts and anything held by, or in the name of, Ronald W. Jacques, Paradigm Property Solutions, LLC, and Rentmaster of Rexburg, LLC.

2. All written communications, correspondence and other information in your possession pertaining to Ronald W. Jacques, Paradigm Property Solutions, LLC, and Rentmaster of Rexburg, LLC, or to/from those entities or individuals.

3. All credit reports, applications for credit, monthly statements, and other informtaiton in your possession pertaining to Ronald W. Jacques, Paradigm Property Solutions, LLC, and Rentmaster of Rexburg, LLC, or to/from those entities or individuals.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| ELC Creditors | Plaintiff(s): | **AFFIDAVIT OF SERVICE** |
| vs. | | Case Number: 18-01092-TLM |
| Ronald W. Jaques | Defendant(s): | Adv. Proc. No. 19-06001-TLM |

For:
ELC Legal Services, LLC
3142 W. Belltower Dr.
Meridian, ID 83646

STATE OF IDAHO    )
                 :ss
COUNTY OF ADA    )

Received by Tri-County Process Serving LLC on April 4, 2019 to be served on **MOUNTAIN AMERICA CREDIT UNION**.

I, Jordan Johnson, who being duly sworn, depose and say that on Friday, April 5, 2019, at 12:25 PM, I:

**SERVED** the within named **Mountain America Credit Union** by delivering a true copy of the **Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)** to Ashley Cogswell, Assistant Manager, a person authorized to accept service on behalf of Mountain America Credit Union. Said service was effected at **393 S. 3rd St., Boise, ID 83702**.

I hereby acknowledge that I am a Process Server in the county in which service was effected. I am over the age of Eighteen years and not a party to the action.

Our Reference Number: 174352
Client Reference: > David M. Fogg

Subscribed and sworn before me today
Tuesday, April 9, 2019

**TRI-COUNTY PROCESS SERVING LLC**
P.O. Box 1224
Boise, ID, 83701
(208) 344-4132

SHANNON ROESBERY
COMMISSION #60654
NOTARY PUBLIC
STATE OF IDAHO
MY COMMISSION EXPIRES 11/20/2024

Notary Public for the State of Idaho