David M. Fogg (ISBN 7610)
**ELC Legal Services, LLC**
3142 W. Belltower Drive
Meridian, Idaho 83646
Telephone: (208) 813-9220
Fax: (208) 813-9222
David@ELCLegal.com

Nate Peterson, Esq. (ISBN 8529)
**Nate Peterson Law PLLC**
355 West Myrtle Street, Suite 100
PO Box 937
Boise, Idaho 83701-0937
Telephone: (208) 345-1388
Fax: (208) 424-3100 Fax
natepetersonesq@gmail.com

Attorneys for ELC Creditors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re:<br><br>RONALD WADE JAQUES<br><br>      Debtor. | **Case No. 18-01092-TLM** |
| T STREET LLC, DOHENY LLC, TRESTLES LLC, OAKLANDS LLC, EJC LLC, EUDA LLC, TAMMARA HERON, trustee of the Heron Family Trust, and SILVER FOX MANAGEMENT LLC,<br><br>      Plaintiffs,<br><br>vs.<br><br>RONALD WADE JAQUES, an individual, and JANE AND JOHN DOES 1-10,<br><br>      Defendant. | **NOTICE OF DEPOSITION DUCES TECUM OF RONALD WADE JAQUES**<br><br><br><br><br><br><br><br>**Adv. No. 18-06031-TLM** |

**Notice of Deposition Duces Tecum of Ronald Wade Jaques - 1**

TO: DEBTOR AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Plaintiff ELC Creditors will take the testimony, on oral examination, of Ronald Wade Jaques ("Defendant") before an officer qualified to administer oaths, on September 13th at 9:30 o'clock a.m., and thereafter from day to day until completed, at the law firm of ELC Legal Services, LLC located at 3142 W. Belltower Dr., Meridian, Idaho before a court reporter and notary public, or other officer duly authorized to administer oaths.

Said person is to be familiar with and be able to testify in full compliance with the rule with regard to the following subject:

All of the allegations set forth in Plaintiff's Amended Complaint dated November 20th, 2018.

FURTHER said witness will be required to provide and to produee at said deposition the following Documents:

1. Any and all correspondence and documents used to obtain loans

2. Any and all login information, such as usernames and passwords, for AppFolio

Dated this 26th day of August, 2019.

/s/ David M. Fogg
Attorneys for ELC Creditors

## CERTIFICATE OF SERVICE

      I hereby certify that on the 26th day of August, 2019, I served a copy of the foregoing CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

<u>David M. Fogg /s/</u>
David M. Fogg

**Notice of Deposition Duces Tecum of Ronald Wade Jaques - 3**